IRENE MCNAMARA, as Administratrix of the Estate of EDWARD MCNAMARA, Respondent, *v.* EASTMAN KODAK COMPANY, Appellant, Impleaded with Others.

(Submitted November 28, 1921; decided December 6, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 232 N. Y. 18.)